Rev. Pamela M. Pinkney Butts....
P. O. Box 608091
Cleveland, OH 44108 Cuyahoga County-USA
1.216.315.6452

United States District Court for the Northern District of Ohio
801 West Superior
Cleveland, OH 44113 Cuyahoga County-USA
1.216.357.7000

United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U. S. Courthouse
100 E Fifth Street
Cincinnati, OH 45202-3988
1.513.564.7000

FILED
2019 MAR 21 AM 9:05

JUDGE GWIN

1:19 MC 45

## BRIEF STATEMENT OF FACTS
## THE RULES FOR JUDICIAL-CONDUCT AND JUDICIAL DISABILITY

## COMPLAINT OF MISCONDUCT
## 28 U.S. Code Chapter 16 - COMPLAINTS AGAINST JUDGES AND JUDICIAL DISCIPLINE

The Judicial Conduct and Disability Act of 1980, 28 U.S.C. §§ 351-364 establishes a process by which any person can file a complaint alleging a federal judge has engaged in "conduct prejudicial to the effective and expeditious administration of the business of the courts" or has become, by reason of a mental or physical disability unable to decide.

The Religious Freedom Restoration Act of 1993, Pub. L. No. 103-141, 107 Stat. 1488 (November 16, 1993), codified at 42 U.S.C. § 2000bb through 42 U.S.C. § 2000bb-4 (also known as RFRA), is a 1993 United States federal law that "ensures that interests in religious freedom are protected."

Under the Judicial Conduct and Disability Act and the Rules for Judicial-Conduct and Judicial-Disability Proceedings, **anyone** can file a complaint alleging a federal judge has committed misconduct or has a disability.

The parties for which complaint is being filed against have not only been violating my rights and violating codified at 42 U.S.C. § 2000bb through 42 U.S.C. § 2000bb-4. They have been doing so by the following means and others:

  A) Treating litigants, attorneys, or others in a demonstrably egregious and hostile manner;
  B) Engaging in partisan political activity or making inappropriately partisan statements

1

C) Retaliating against complainants, witnesses, or others for their participation this process.
D) Violating other specific, mandatory standards of judicial conduct, such as those pertaining to restrictions on outside income and requirements for financial disclosure.
E) Denying my right to Due Process of law as codified by 25 U.S. Code § 1302 28 U.S.C. § 2254; 28 U.S.C. § 2255; 28 U.S.C. § 1391; 28 U.S.C. § 1404; Fifth and Fourteenth Amendments of the United States Constitution as well as local and statewide jurisdictions.
F) They have been violating 28 USC 16 abusing their privileges and authority in the courts.
G) Judge Nugent has been making judicial decisions and practicing law in the State of Ohio it is mandatory that one be licensed to practice law with active valid credentials. Not all of the states in the Union require that a Judge be an attorney. Ohio is not one of those states. He is still mandated to obey the rules of the jurisdiction of which he is to make decisions regarding the lives impacted by his doing so. He has chosen to disregard this. His license has been inactive for a lengthy period of time with political favors being done to bully and intimidate me. Just as the President of the United States must obey jurisdictional boundaries judges do too. We are not under the "One World System" as much as it is being promoted by many.
H) Judge Kathleen Ann Sutula has been having ex parte communications against me.
I) These judges have been compromising my safety with law enforcement officers physically and otherwise abusing me publicly and otherwise.
J) I have been unlawfully confined multiple times because of them and their incompetence to proceed on my behalf.
K) Attorney Hurley became involved after I was beat up and tortured thrown into a jail strapped to a rolling table stripped from my garmentry given a suicide blanket told to kill myself on October 7, 2008 just for showing up in a public building after leaving Judge Kathleen Ann Sutula's courtroom that I had accidentally was in at the request of a neighbor. I was listed as race "unkown" with my birthday changed and my mail sent to the wrong location to purposely further harass me. This matter is still being used to cause me harm.
L) October 2013 I was beat up and dragged down the street by four male law enforcement officers while the officer in charge was cracking jokes about me calling me mentally ill outside of 821 East 88th Street Cleveland, Ohio 44108 my residence that I called them from for help to remove someone from my home.
M) I currently have legal matters not being addressed including those concerning my safety because of what they have been doing to me during their abuse of authority.
N) I am concerned about my safety because of them. I am also concerned about the judicial process because of them.
O) Kathleen Ann Sutula is registered as a practicing attorney for the United States Court and has been since 1980 doing horrible things in the name of the law that are not right. She held court at 7:00 a.m. one morning against me to bait me into

    the Justice Center to try to charge me with a crime.  I just happen to find out about it.  She gave me orders from the court then ruled against me once I complied.  So has Donald C. Nugent.

P) They have operated in your language as defamatory per se stating that my life and matters are dishonest, burdensome, frivolous, unwarranted, abusive, not done with a reasonable mind, , harassing, vexatious, without legitimate grounds, done in bad faith when they have never even taken the time to hear or consider them because of their own blatant acts of discrimination, incompetence, negligence, and carelessness doing political and religious favours against me as if I a fool in a courtyard or a kangaroo in a court of law. I am neither.  I am a woman with a voice and choice.  They have no right to silence or violate either one.

Thank you for taking the time to hear my complaint of misconduct against these two people.  Please correct this for me immediately to protect the integrity of justice.

I declare that every statement that I have made is true under oath of the law under the penalty of perjury and the rules of this court.

_____      20 March 2019
Rev. Pamela M. Pinkney....                          Date

_____      3/20/19
Notary                                                   Date

[Notary Seal: HALEY EISEN, NOTARY PUBLIC, COMM. EXP. DECEMBER 16, 2023, STATE OF OHIO]

3